**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS | ) | |
| RETIREMENT FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS | ) | CIVIL ACTION |
| WELFARE FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS | ) | |
| TRAINING FUND, LOCAL 597; the | ) | NO.:   10-CV-2246 |
| BOARD OF TRUSTEES of the CHICAGO AREA | ) | |
| MECHANICAL CONTRACTING INDUSTRY | ) | |
| IMPROVEMENT TRUST; | ) | JUDGE:  PALLMEYER |
| THE PIPE FITTERS' ASSOCIATION, | ) | |
| LOCAL 597 U.A.; BOARD OF TRUSTEES | ) | |
| of the PIPE FITTERS' INDIVIDUAL | ) | MAGISTRATE |
| ACCOUNT and 401(K) PLAN; and | ) | JUDGE:  MASON |
| BOARD OF TRUSTEES of the PIPE FITTING | ) | |
| COUNCIL OF GREATER CHICAGO, | ) | |
| | ) | |
| Plaintiffs/Counter-Defendants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MASTER - TECH REFRIGERATION | ) | |
| SERVICE, CORP., | ) | |
| an Illinois Corporation; | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs. | ) | |

**MOTION TO DISMISS COUNTERCLAIM**

NOW COMES the Plaintiffs/Counter-Defendants, BOARD OF TRUSTEES of the PIPE

FITTERS RETIREMENT FUND, LOCAL 597, *et al.*, by and through their attorneys,

JOHNSON & KROL, LLC, and pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby

move this Honorable Court to Dismiss the Counterclaim asserted by the Defendant/Counter-

Plaintiff MASTER – TECH REFRIGERATION SERVICE, CORP. ("MASTER – TECH") and

in support state as follows:

1. Defendant/Counter-Plaintiff MASTER-TECH filed its counterclaim seeking a refund of

alleged overpayments to the Plaintiffs. It has failed to properly plead a cause of action for which relief may be sought.

2.	Accordingly, for the reasons stated in the Plaintiffs' Memorandum of Law in Support of the Motion to Dismiss filed concurrently with this Motion, MASTER-TECH'S Counterclaim fails to state claims upon which relief may be granted and should be dismissed with prejudice.

WHEREFORE, for the foregoing reasons, and for the reasons more fully stated in the Memorandum of Law filed concurrently with this Motion, Plaintiffs/Counter-Defendants respectfully request that the Court dismiss the Defendant/Counter-Plaintiff MASTER-TECH'S Counterclaim with prejudice.

Respectfully submitted,

**TRUSTEES OF THE PIPE FITTERS'
RETIREMENT FUND, LOCAL 597** *et al.*

By:	/s/ Jeffrey A. Krol - 6300262
	One of Plaintiffs' Attorneys

JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL 60604
(312) 372-8587